STATE v. SLOAN

[361 N.C. 584 (2007)]

STATE OF NORTH CAROLINA v. DWIGHT EUGENE SLOAN AND
KOLANDA KAY WOOTEN

No. 24A07

(Filed 12 October 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 180 N.C. App. 527, 638 S.E.2d 36 (2006), finding no error in judgments entered 19 April 2005 by Judge John W. Smith in Superior Court, Wayne County. Heard in the Supreme Court 13 September 2007.

*Roy Cooper, Attorney General, by Charles E. Reece, Assistant Attorney General, for the State.*

*Richard B. Glazier for defendant-appellant Wooten.*

PER CURIAM.

AFFIRMED.

Justice TIMMONS-GOODSON did not participate in the consideration or decision of this case.